**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ANGELA BREWER,

    Plaintiff,

v.                                            Case No. 2:22-cv-715-JLB-NPM

VIRGIN GALACTIC, LLC

    Defendant.
_____/

## REPORT ON STATUS OF ARBITRATION

Defendant, Virgin Galactic, LLC ("Defendant"), pursuant to the Court's December 6, 2024 Order (ECF No. 22) and Compliance Order (ECF No. 24) submits this Report regarding the status of arbitration. Defendant prepared a joint report to submit in compliance with the Court's Compliance Order (ECF No. 24) and provided the draft to Plaintiff, but the Parties were unable to agree on the language of the report, thus, Defendant submits this report without Plaintiff joining.

The Parties' post-arbitration briefs were submitted to the arbitrator on January 7, 2025. On January 29, 2025, the arbitrator issued his final award and decision denying all of Plaintiff's claims of discrimination and retaliation and denying Plaintiff's requests for relief. Therefore, the arbitration has concluded and resolved in favor of Defendant. Defendant believes that it is appropriate to dismiss this case with prejudice.

Dated: March 11, 2025

        Respectfully submitted,

        */s/ Christopher C. Johnson*
        Todd S. Aidman
        Florida Bar No. 0173029
        Christopher C. Johnson
        Florida Bar No. 105262
        Viktoryia Johnson
        Florida Bar No. 125545
        **FORDHARRISON LLP**
        401 E. Jackson Street, Suite 2500
        Tampa, FL 33602
        Telephone: (813) 261-7800
        Facsimile: (813) 261-7899
        Email: taidman@fordharrison.com
               cjohnson@fordharrison.com
               vjohnson@fordharrison.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kristie A. Scott
**LIGHT PATH LAW, P.A.**
2740 Oak Ridge Court, Suite 303
Fort Myers, FL 33901
T: (239) 689-8481
F: (239) 294-3930
kscott@lightpathlaw.com

        */s/ Christopher C. Johnson*
        Attorney